# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF FRANK PHILLIPS

NO.   2019 CW 1211

DEC 0 6 2019

---

In Re:   Dorothy   Mary   Williams   Phillips,   applying   for supervisory   writs,   19th   Judicial   District   Court, Parish of East Baton Rouge, No. 103728.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**   Once a judgment with appropriate decretal language is issued by the district court, such a ruling will represent a final, appealable judgment, and relator will be entitled to file a motion for an appeal therefrom in accordance with applicable law. See La. Code Civ. P. art. 3308.   A final and appealable judgment must be precise, definite and certain, and must also contain decretal language, name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, as well as the relief which is expressly granted or denied without reference to other documents in the record.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT